UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:21-cv-00065-RLY-MPB |
| | ) | |
| THE UNIVERSITY OF EVANSVILLE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Defendant's Renewed Motion to Maintain Documents Under Seal. (Docket No. 123). Defendant previously filed a Motion to Seal on August 31, 2022 (Docket No. 86), which the Court denied with leave to refile on December 29, 2022 (Docket No. 120). Defendants have followed the Court's order and refiled the motion. Upon review, the Court now **GRANTS** Defendant's Renewed Motion to Seal (Docket No. 123).

IT IS THEREFORE ORDERED that the Court shall maintain the following exhibits to Defendant's Motion for Summary Judgment under seal: Docket No. 85-3, Docket No. 85-4, Docket No. 85-5, Docket No. 85-7, Docket No. 85-9, Docket No. 85-10, Docket No. 85-11, Docket No. 85-13, Docket No. 85-15, Docket No. 85-16, Docket No. 85-17, Docket No. 85-18, Docket No. 85-19, Docket No. 85-20, Docket No. 85-21, Docket No. 85-22, Docket No. 85-23, Docket No. 85-24, Docket No. 85-25, and Docket No. 85-26. Appropriately redacted public versions of these documents are available on the docket.

Defendant consents to the unsealing of other documents. THEREFORE, IT IS FURTHER ORDERED that the Clerk is DIRECTED to unseal the following documents: Docket

No. 85, Docket No. 85-1, Docket No. 85-2, Docket No. 85-6, Docket No. 85-8, Docket No. 85-12, and Docket No. 85-14.

**SO ORDERED.**

Dated: February 17, 2023

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.