UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **Jane Doe,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | CIVIL CAUSE NO. 3:21-CV-65 | |
| v. § | | |
| § | JURY DEMANDED | |
| **The University of Evansville,** § | | |
| § | | |
| **Defendant.** § | | |

## AGREED MOTION TO DISMISS THE CASE WITH PREJUDICE

Plaintiff Jane Doe, with the agreement of Defendant The University of Evansville, submit this Agreed Motion to Dismiss the Case with Prejudice, and would respectfully show the Court as follows:

1. The parties have resolved this lawsuit, Plaintiff moves to the Court under FED. R. CIV. P. 41(a)(2) to enter an order dismissing the same with prejudice.

2. The parties shall bear their own costs.

Plaintiff respectfully requests the Court dismiss her case with prejudice to refiling of the same with the parties to bear their own costs.

DATED:   May 5, 2023

                                    Respectfully submitted,

                              By:   */s/     Michelle Simpson Tuegel*
                                    Michelle Simpson Tuegel
                                    THE SIMPSON TUEGEL LAW FIRM, PLLC
                                    Admitted
                                    3301 Elm St.
                                    Dallas, Texas 75226
                                    Tel: 214-774-9121
                                    Fax: 214-939-9229
                                    michelle@stfirm.com
                                    paralegal@stfirm.com

        Andrew Tuegel
*Of Counsel*
THE SIMPSON TUEGEL LAW FIRM, PLLC
Admitted
3301 Elm St.
Dallas, Texas 75226
Tel: 214-774-9121
Fax: 214-939-9229
atuegel@ssttrial.com

-and-

Jeff Gibson
WAGNER REESE, LLP
Bar No. 22362-49
11939 N. Meridian Street, Suite 100
Carmel, IN 46032
Tel: 317-569-0000
Fax: 317-569-8088
jgibson@wagnerreese.com

**ATTORNEYS FOR PLAINTIFF**

**AGREED:**

By:   */s/ Michael T. Raupp*
HAYLEY E. HANSON
MICHAEL T. RAUPP
HUSCH BLACKWELL LLP
4801 Main, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000; (816) 983-8080 (fax)
hayley.hanson@huschblackwell.com
michael.raupp@huschblackwell.com

JOHN W. BORKOWSKI
MARY E. DEWEESE
HUSCH BLACKWELL LLP
120 South Riverside Plaza
Chicago, Illinois 60606
(312) 655-1500; (312) 655-1501 (fax)
john.borkowski@huschblackwell.com
mary.deweese@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I certify that on May 5, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Indiana, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                            */s/Andrew Tuegel*
                                            Andrew Tuegel