UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **Jane Doe,** § § § *Plaintiff,* § § v. § § **The University of Evansville,** § § *Defendant.* § | | CIVIL CAUSE NO. 3:21-CV-65 <br><br> JURY DEMANDED |

**ORDER GRANTING AGREED MOTION TO DISMISS THE CASE WITH PREJUDICE**

Before the court is Plaintiff's Agreed Motion to Dismiss the Case with Prejudice (the "Motion"). The Court, having considered the Motion and being advised of the agreement of the parties, is of the opinion that such Motion should be and is hereby **GRANTED**.

It is therefore **ORDERED** that the above number case is **DISMISSED** with prejudice against refiling the same. The parties shall bear their own costs. All other relief not expressly granted herein is **DENIED**.

SO ORDERED this 16th day of May 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record